**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**



Order Filed on June 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

  ABIODUN KAREEM

**Case No.:  19-14062VFP**

**Hearing Date:  6/6/2019**

**Judge:  VINCENT F. PAPALIA**

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: June 12, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Case No.:  19-14062VFP

Caption of Order:      INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 06/06/2019 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that case will be dismissed at the 7/18/2019  confirmation hearing if  debtor is not current with plan payments and if the 341a meeting of creditors has not been conducted before this date.