

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Chapter 13 Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840 | Order Filed on June 12, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>ABIODUN KAREEM | Case No.:  19-14062VFP<br><br>Hearing Date:  6/6/2019<br><br>Judge:  VINCENT F. PAPALIA |

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

DATED: June 12, 2019

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Case No.: 19-14062VFP

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

---

    THIS MATTER having been scheduled before the Court on 06/06/2019 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that case will be dismissed at the 7/18/2019 confirmation hearing if debtor is not current with plan payments and if the 341a meeting of creditors has not been conducted before this date.

United States Bankruptcy Court
District of New Jersey

In re:  
Abiodun Kareem  
      Debtor

Case No. 19-14062-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 12, 2019  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2019.  
db          +Abiodun Kareem,    9 22nd Street,    Irvington, NJ 07111-3617

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2019 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1  
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Rebecca Ann Solarz    on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1  
           rsolarz@kmllawgroup.com  
         Ronaldo C George    on behalf of Debtor Abiodun Kareem rgeorgesq@rcglaw.com,    rgeorgesq@gmail.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                          TOTAL: 5