UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 19-14062 |
| Abiodun Kareem | Chapter: | 7 |
| | Judge: | VFP |

### NOTICE OF PROPOSED ABANDONMENT

_____ Nancy Isaacson _____ , __ Chapter 7 Trustee __ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Martin Luther King, Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable _____ Vincent F. Papalia _____ on ____ October 27, 2020 ____ at __ 10:00 __ a.m. at the United States Bankruptcy Court, Courtroom no. ____ 3B ____ . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| | |
|---|---|
| Description and value of property: | 9 22nd Street<br>Irvington, NJ<br>Value - $235,000.00 |

| | |
|---|---|
| Liens on property: | Specialized Loan Servicing<br>$4461,431.00 |

| | |
|---|---|
| Amount of equity claimed as exempt: | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name: _____ Nancy Isaacson, Chapter 7 Trustee _____

Address: _____ 75 Livingston Avenue, Suite 301, Roseland, NJ 07068-3701 _____

Telephone No.: _ (973) 535-1600 _

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-14062-VFP
Abiodun Kareem                                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Sep 24, 2020
                             Form ID: pdf905          Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2020.
db            +Abiodun Kareem,    9 22nd Street,    Irvington, NJ 07111-3617
518136794     +CBNA Citibank North America,    PO Box 9001037,    Louisville, KY 40290-1037
518315168     +Cascade Funding Mortgage Trust 2017-1,    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518136795      Macys/DSNB,    911 Duke Blvd,    Mason, OH 45040
518062423      Pluese Becker & Salzman,    20000 Horizon Way Ste 900,    Mount Laurel, NJ 08054-4318
518062424      Specialized Loan Servicing,    PO Box 60535,    City of Industry, CA 91716-0535

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 25 2020 00:15:46      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 25 2020 00:15:44      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
518136793      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 25 2020 00:20:30      Capital One Bank,
               PO Box 30281,    Salt Lake City, UT 84130-0281
                                                                                    TOTAL: 3


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518136796*     Pluese Becker & Salzman,    20000 Horizon Way Ste 900,    Mount Laurel, NJ 08054-4318
518136797*     Specialized Loan Servicing,    PO Box 60535,    City of Industry, CA 91716-0535
                                                                           TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2020                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Marie-Ann Greenberg (N/A)    magecf@magtrustee.com
          Nancy Isaacson    nisaacson@greenbaumlaw.com,   isaacson@remote7solutions.com;J101@ecfcbis.com
          Rebecca Ann Solarz    on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1
           rsolarz@kmllawgroup.com
          Ronaldo C George    on behalf of Debtor Abiodun  Kareem rgeorgesq@rcglaw.com,   rgeorgesq@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                           TOTAL: 6